UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE:<br>Scottie Johnson Daley, SSN# (xxx-xx-6863)<br>aka Scottie J Daley,<br>aka Scottie Daley,<br><br><br><br><br>333 Guilford Street<br>West Columbia, SC 29169<br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.  24-02641<br>CHAPTER: 13<br><br>MOTION TO<br>VOLUNTARILY DISMISS<br>CHAPTER 13<br>BANKRUPTCY 11 U.S.C.<br>SECTION 1307(b) |

TO THE COURT, pursuant to Federal Rule of Bankruptcy Procedure 1017(b) the debtor(s) hereby requests that his Chapter 13 bankruptcy be dismissed.   Debtor is entitled to dismissal under 11 U.S.C. Section 1307(b).

Date: October 15, 2024                                   /s/ Scottie Johnson Daley
                                                          Signature of Debtor

                                                          /s/
                                                          Signature of Joint Debtor

                                                          /s/ Jason T Moss
                                                          Signature of Attorney
                                                          Jason T Moss
                                                          Moss & Associates, Attorneys, PA
                                                          Attorney for Movant/Movant
                                                          D.C. ID # 7240
                                                          816 Elmwood Avenue
                                                          Columbia, South Carolina 29201
                                                          (803) 933-0202

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Scottie Johnson Daley, SSN# (xxx-xx-6863)<br>aka Scottie J Daley,<br>aka Scottie Daley,<br><br><br><br>333 Guilford Street<br>West Columbia, SC 29169<br>Debtor. | CASE NO.  24-02641<br>CHAPTER: 13<br><br>MOTION TO<br>VOLUNTARILY DISMISS<br>CHAPTER 13<br>BANKRUPTCY 11 U.S.C.<br>SECTION 1307(b) |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING VOLUNTARY DISMISSAL TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID.

Dawn M Hardesty, (CM/ECF)
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

U.S. Trustee's Office, (CM/ECF)
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201

See Attached List

Date: October 15, 2024

/s/ Patrick Moss
Moss & Associates, Attorneys PA
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 24-02641-eg<br>District of South Carolina<br>Columbia<br>Tue Oct 15 08:35:11 EDT 2024 | ANN TAYLOR<br>PO BOX 182789<br>Columbus OH 43218-2789 | BELL CARRINGTON PRICE and GREGG<br>339 HEYWARD STREET, 2ND FLOOR<br>Columbia SC 29201-4391 |
| CHRYSLER CAPITAL<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | CHRYSLER CAPITAL<br>PO BOX 660335<br>Dallas TX 75266-0335 | Scottie Johnson Daley<br>333 Guilford Street<br>West Columbia, SC 29169-5814 |
| Dawn M. Hardesty<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | JACKSON PAYNE<br>130 EMANUEL DRIVE<br>West Columbia SC 29169-5309 |
| JACQUELINE CRUMPLER<br>118 TEE COURT<br>Columbia SC 29212-0944 | LEXINGTON COUNTY CLERK OF COURT<br>205 EAST MAIN STREET<br>Lexington SC 29072-3557 | LEXINGTON COUNTY EMS<br>116 PRIDES WAY DRIVE<br>Lexington SC 29072-3737 |
| LEXINGTON COUNTY MASTER IN EQUITY<br>139 MAIN STREET<br>Lexington SC 29072-4128 | LEXINGTON COUNTY TREASURER<br>212 SOUTH LAKE DRIVE<br>Lexington SC 29072-3499 | MERRICK BANK<br>PO BOX 9201<br>Old Bethpage NY 11804-9001 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND CREDIT MANAGEMENT<br>320 EAST BIG BEAVER, SUITE 300<br>Troy MI 48083-1271 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 |
| NEWREZ DBA SHELLPOINT MORTGAGE<br>PO BOX 10826<br>Greenville SC 29603-0826 | PAYPAL<br>PO BOX 71707<br>Philadelphia PA 19176-1707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROGRESSIVE LEASING<br>256 WEST DATA DRIVE<br>Draper UT 84020-2315 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 | SCOTT and ASSOCIATES<br>ATTN: MICHAEL BRITTAIN TRAVIS<br>1744 SAM RITTENBERG BLVD, STE D<br>Charleston SC 29407-4942 | SECOND ROUND<br>1744 SAM RITTENBERG BLVD, SUITE D<br>Charleston SC 29407-4942 |
| SHELLPOINT MORTGAGE<br>PO BOX 20826<br>Greenville SC 29603 | Pamela Simmons-Beasley<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | South Carolina Department of Revenue<br>Office of General Counsel<br>300A Outlet Pointe Blvd.<br>Columbia, SC 29210-5666 |

| | | |
|---|---|---|
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | VW Credit, Inc. dba Audi Financial Services<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| WELLS FARGO<br>PO BOX 14517<br>Des Moines IA 50306-3517 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PORTFOLIO RECOVERY<br>PO BOX 12914<br>Norfolk VA 23541 | VOLKSWAGEN CREDIT<br>1401 FRANKLIN BLVD<br>Libertyville IL 60048 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Dawn M. Hardesty<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     1<br>Total                  34 |